IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

THOMAS SCHROPP,

        Defendant.

**WITNESS LIST**

| | |
|---|---|
| Case No. | 8:12CR300 |
| Deputy: | Amy Brunswick/Tiwauna Lawrence |
| Reporter: | Rogene Schroder |
| Date: | January 20-30, and Feb 2-3, 2015 |

FOR PLAINTIFF:

| Name | Date |
|---|---|
| D.J. Zolck | 1/20/15 |
| Vicky Kennedy | 1/20/15 |
| James Michael "Mike" Fitzgerald | 1/20/15 |
| April Stevens | 1/21/15 |
| Michael Smith | 1/21/15 |
| Harry "Hobe" Bauer | 1/21/15 |
| Robert Jones | 1/21/15 |
| Ron Harsch | 1/21/15 |
| Kelvin Wold | 1/21/15 |
| Timothy Romero | 1/22/15 |
| William Pierce | 1/22/15 |
| Leslie Andersen | 1/22/15 |
| Brian Rasmussen | 1/22/15 |
| Matt Gronstal | 1/22/15 |
| Donald Alden Reiners | 1/22/15 |
| Russell Goeser | 1/22/15 |
| Brad French | 1/22/15 |
| Kenneth David "Dave" Stoecklein | 1/22/15 |
| D.J. Zolck (recalled) | 1/26/15 |

| Cindy Mesenbrink | 1/26/15 |
| --- | --- |
| William Robert Richards | 1/26/15 |
| Continuance of William Roberts Richards | 1/27/15 |
| Lisa Tennyson | 1/27/15 |
| Julie Ann Winkelbauer | 1/27/15 |
| Donna Miller | 1/28/15 |
| James Leroy Richards | 1/28/15 |
| Jolynn Marie Painter | 1/28/15 |
| Troy Thomas McKinney | 1/28/15 |
| Craig L. Acheson | 1/28/15 |
| Williard L. Aughe | 1/28/15 |
| D.J. Zolck (recalled) | 1/29/15 |
|  |  |
|  |  |

FOR DEFENDANT:

| Name | Date |
| --- | --- |
| Robert C. Schropp | 1/29/15 |
| Thomas R. Schropp | 1/29/15 |
| Continuance of Thomas R. Schroop | 1/30/15 |
| Kelly John Joneson | 1/30/15 |
| William James Shockey | 1/30/15 |
|  |  |