IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
                                FILED
                          U.S. DISTRICT COURT
                          DISTRICT OF NEBRASKA

                          15 FEB -3 PM 4: 00

                          OFFICE OF THE CLERK
```

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR300 |
| vs. | |
| THOMAS SCHROPP, | VERDICT |
| Defendant. | |

## COUNT I

On the crime of arson of a building used in interstate commerce, as charged in Count I, we, the jury, find the defendant, Thomas Schropp,

_____   Not guilty

\_\_X\_\_\_   Guilty

(Mark with an "x")

## COUNT II

On the crime of mail fraud as charged in Count II, we, the jury, find the defendant, Thomas Schropp,

_____   Not guilty

\_\_X\_\_\_   Guilty

(Mark with an "x")

## COUNT III

On the crime of wire fraud on or about December 11, 2008, as charged in Count III, we, the jury, find the defendant, Thomas Schropp,

_____   Not guilty

\_\_X\_\_\_   Guilty

(Mark with an "x")

## COUNT IV

On the crime of wire fraud on or about December 11, 2008, as charged in Count IV, we, the jury, find the defendant, Thomas Schropp,

_____   Not guilty

\_\_X\_\_\_   Guilty

(Mark with an "x")

## COUNT V

On the crime of wire fraud on or about January 15, 2009, as charged in Count V, we, the jury, find the defendant, Thomas Schropp,

_____   Not guilty

\_\_X\_\_\_   Guilty

(Mark with an "x")

## COUNT VI

On the crime of arson in connection with a federal felony on or about November 20, 2008, as charged in Count VI, we, the jury, find the defendant, Thomas Schropp,

_____ Not Guilty

\_\_\_X\_\_\_ Guilty

(Mark with an "x")

2·3·2015
Date

3