IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

               Plaintiff,

  vs.

THOMAS SCHROPP,

               Defendant.

**EXHIBIT LIST**

Case No.    8:12CR300
Deputy:     Amy Brunswick
Reporter:   Rogen Schroder
Date:       May 11, 2015

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Settlement agreement between Council Bluffs Savings Bank and Thomas Schropp, Robert Schropp, and Schropp Industries | X | | X | | 5/11/15 |
| 2 | | | Loss amounts for restitution | X | | X | | 5/11/15 |
| | | | | | | | | |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

1